JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00058-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE TRIAL** |
| v. | |
| ADREAL WADLEY, | (Fifth Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through JASON M. FRIERSON, United States Attorney for the District of Nevada, PENELOPE BRADY, Assistant United States Attorney, counsel for the United States of America, and ALLIE WILSON, Assistant Federal Public Defender, counsel for Defendant Adreal Wadley, to continue the calendar call for August 8, 2024 to **October 28, 2024** and trial from August 27, 2024 to **November 19, 2024.** This is the fifth request for a continuance.

Defendant pled guilty to a binding plea agreement on July 25, 2024. His sentencing is scheduled for October 23, 2024. Although the parties anticipate that the binding plea will be accepted by the Court on October 23, 2024, which will obviate the need for a

1

1 calendar call or trial, the parties are requesting a continuance in the event that the binding
2 plea is not accepted by the Court.
3     Mr. Wadley is currently detained and consents to this continuance.
4     The additional time requested by this stipulation is excludable in computing the
5 time within which the trial herein must commence pursuant to the Speedy Trial Act, §
6 3161(h)(7)(A), considering the factors under Title 18, United States Code §§
7 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

DATED: July 26, 2024

| JASON M. FRIERSON | RENE L. VALLADARES |
|---|---|
| United States Attorney | Federal Public Defender |
| /s/ Penelope J. Brady | /s/ Allie Wilson |
| PENELOPE J. BRADY | ALLIE WILSON |
| Assistant United States Attorney | Assistant Federal Public Defender |
|  | Counsel for Defendant ADREAL WADLEY |

IT IS SO ORDERED.

DATED: This 29th day of July, 2024.

_____
HON. MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA